RECEIVED

SEP 2 1 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
MONROE, LOUISIANA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| LINZIE RILEY, JR., ET AL | * | CIVIL ACTION NO. 04-01732 |
| VERSUS | * | JUDGE JAMES |
| STIHL, INC., ET AL | * | MAGISTRATE JUDGE HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the defendants' Motion for Summary Judgment (Doc. No. 33) is hereby **GRANTED**, and this case is dismissed in its entirety with prejudice and at the plaintiffs' cost.

THUS DONE AND SIGNED this 21 day of September, 2005, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION